IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2008 FEB -4  P 3:56
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| JOHN S. KARLS,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL REAL ESTATE AFFILIATES, INC.; PRUDENTIAL UTAH REAL ESTATE I; DAN COLFACK; BRUCE R. TUCKER; ALAN JONES aka KENNETH ALAN JONES; MELANIE JONES; UNION TITLE INSURANCE AGENCY, L.L.C.; and DANIEL J. MCDONALD,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:07-CV-325<br><br>District Judge Dee Benson<br><br>Magistrate Judge Paul M. Warner |

On January 10, 2008, Magistrate Judge Paul M. Warner issued a Report and Recommendation recommending the following: (1) that Defendants' motion to dismiss the Complaint be rendered moot; (2) that Defendants' motion to dismiss the Amended Complaint pursuant to rule 12(b)(1) of the Federal Rules of Civil Procedure be denied; (3) that Defendants' motion to dismiss the Amended Complaint pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure be granted; and (4) Plaintiff's motion for leave to amend the Amended Complaint be denied. The parties were notified by mail of their right to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b), within ten (10) days after receiving it. The parties were further instructed that failure to file objections may constitute a waiver of those objections on subsequent appellate review. Neither party filed an objection to the Report and Recommendation.

Having reviewed all relevant materials, including the reasoning set forth in Magistrate Judge Warner's Report and Recommendation, the Court ADOPTS the Report and Recommendation. The Court renders MOOT Defendants' motion to dismiss the Complaint, DENIES Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), GRANTS Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and DENIES Plaintiff's motion for leave to amend the Amended Complaint. Thus, Plaintiff's case against the Defendants is dismissed with prejudice.

It is so ORDERED.

DATED this 31st day of January, 2008.

Dee Benson
United States District Judge